**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 2:20-CV-14108-ROSENBERG/REID**

JIM MCDUF,

    Plaintiff,

v.

WARDEN BRYNER, *et al.*,

    Defendants.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND**
**RECOMMENDATION AND DISMISSING AND CLOSING CASE**

This matter is before the Court upon the Report and Recommendation of Magistrate Judge Lisette M. Reid.  DE 16.  Plaintiff filed an Amended Complaint under 42 U.S.C. § 1983.  DE 9.  The Court referred this case to Judge Reid for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on all dispositive matters.  DE 2.  In the instant Report and Recommendation, Judge Reid recommends that this case be dismissed without prejudice for failure to state a claim upon which relief can be granted.  DE 16. Plaintiff filed Objections to the Report and Recommendation. DE 18; DE 22.

The Court has reviewed the Report and Recommendation, Plaintiff's Objections, and the record and is otherwise fully advised in the premises.  The Court agrees with the analysis and conclusion in the Report and Recommendation and finds Judge Reid's recommendation to be well reasoned and correct.  Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Reid's Report and Recommendation [DE 16] is **ADOPTED** as the Order of the Court.

2. Plaintiff's Objections [DE 18; DE 22] are **OVERRULED.**

3. This case is **DISMSISED WITHOUT PREJUDICE**.

4. The Clerk of the Court is instructed to **CLOSE THIS CASE**. All deadlines are **TERMINATED** and all motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers, West Palm Beach, Florida, this 26th day of January, 2021.

*/s/ Robin L. Rosenberg*
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Plaintiff
Counsel of Record